## 77IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      *Plaintiff*,

    v.                                  **Civ. No. 13-1165 KBM/RHS**

CONVEYANCES:
2011 TOYOTA SEQUOIA LIMITED VIN:5TDJY5G19BS052137,
2013 KIA OPTIMA SX VIN:5XXGR4A61DG164277,

BANK ACCOUNTS:
$1,787.49 FROM WASHINGTON FEDERAL CHECKING ACCT **1996,
$958.43 FROM WASHINGTON FEDERAL CHECKING ACCT **2010,
$9,659.30 FROM WASHINGTON FEDERAL CHECKING ACCT **1368,

UNITED STATES CURRENCY:
$1,597.00 IN UNITED STATES CURRENCY,
$1,034.00 IN UNITED STATES CURRENCY,
$91,037.00 IN UNITED STATES CURRENCY,

2 FIREARMS:
BUSHMASTER XM15-E2S .223 CAL. RIFLE SN:ARB34811,
GLOCK 21 .45 CAL. PISTOL SN:VBH163,

      *Defendants*,

*and*

AHMAD ASSI,
MOHAMMED KAYED JASER ASSI,
JASSER K. ASSI,
NAEL ASSI,
KHALED M. ASSI,
      *Claimants.*

### CERTIFICATE OF REASONABLE CAUSE

    This matter, having come before the court on plaintiff's Unopposed Motion for Entry of a

28 U.S.C. § 2465 Certificate of Reasonable Cause, the court having read the motion and being

advised that claimant(s) consent to entry of a certificate of reasonable cause, and the court being otherwise fully advised in the premises, finds that reasonable cause existed for the seizure in this case.

It is therefore ORDERED that this Certificate of Reasonable Cause be entered.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE
Presiding by Consent

SUBMITTED BY:

_Electronically submitted 7/11/14_
STEPHEN R. KOTZ
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274

APPROVED BY:

_Approved via email 7/10/14_
JUSTINE FOX-YOUNG, ESQ.
Kennedy Law Firm
Attorney for Claimant Khaled M. Assi
201 12th Street NW
Albuquerque, New Mexico 87102
(505) 842-8662

_Approved via email 7/11/14_
BJ CROW, ESQ.
Attorney for Claimant Jasser K. Assi and Ahmads Assi
400 n. Pennsylvania Ave. #1150
Roswell, New Mexico 88201
(575) 291-0200

_Approved via email 7/10/14_
DOUGLAS E. COULEUR, ESQ.
Attorney for Claimant Mohammed Kayed Jaser Assi
1640 Old Pecos Trail, Suite A
Santa Fe, New Mexico 87505
(505) 984-1962